IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                   PLAINTIFF

v.                                    Civil No. 1:23-cv-01048

CHIEF OF POLICE SHAUN HILDRETH                                              DEFENDANT

### ORDER

Before the Court is Plaintiff's Motion to Appeal *in forma pauperis*. ECF No. 9. Considering Plaintiff's *in forma pauperis* motion, the Court finds it is well-taken and should be **GRANTED**, and Plaintiff may proceed in this case without payment of the filing fee.

ENTERED this 17TH day of August 2023.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE