FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Oct 4, 2024
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ADAM MASKELL**                                                                        **PLAINTIFF**

Civil No. 1:23-cv-01048

v.

**CHIEF SHAUN HILDRETH**                                          **DEFENDANT**

## MOTION TO REOPEN 28 USC 1983 LAWSUIT

Now Comes Plaintiff Adam Maskell with his Motion to Reopen his 28 USC 1983 lawsuit against the Chief of Police Defendant Shaun Hildreth the Plaintiff in support of his Motion hereby deposes and states;

1. On July 17th, 2023 the Honorable Judge Susan O'Hickey Stayed and Administratively Terminated Plaintiff Adam Maskell's 1983 lawsuit. In Judge O'Hickey's Order she specifically stated "Plaintiff is hereby advised that he may file a motion to reopen this action once the now-ongoing state court proceeding has concluded."

2. Plaintiff Adam Maskell on July 29th, 2024 was sentenced by Judge Quincey Ross to 5 years in State prison for the Certain Persons offense. Therefore the State court matter has officially been concluded and is ready for the Plaintiff's lawsuit to be taken to trial in the United States District Court.

3. As Defendant Police Chief Shaun Hildreth purposely destroyed exculpatory evidence in violation of the 14th Amendment of the United States Constitution namely a police server, holding cell footage and body camera footage. Also the Defendant unwittingly admitted to unlawfully searching and seizing the Plaintiff's cellphone for things unrelated

to the Plaintiff's arrest, without a warrant from a judge. Plaintiff Adam Maskell plans to soon file a supplemental complaint which will prove that the Plaintiff destroyed this evidence to cover up an illegal drug operation he is running with Officer Terrance Moore and Sgt. Thomas Miller of the Warren Police Department.

4. Plaintiff Adam Maskell seeks monetary damages and injunctive relief. Specifically $250,000-$500,000 in monetary damages. Injunctive Relief terminating Defendant, ostensibly from his employment with the Warren Police Department. Additional Injunctive Relief dismissal of the Plaintiff's State Conviction for the litany of constitutional violations.

5. Once the Motion to Reopen the 1983 lawsuit is granted Plaintiff Adam Maskell will file for additional supplemental injunctive relief where the Plaintiff will request that Defendant Shaun Hildreth also be charged and sent to federal prison for the crimes he committed against the Plaintiff.

6. Wherefore Plaintiff Adam Maskell prays that this Court grants his Motion to Reopen his 1983 civil rights lawsuit.

Respectfully Submitted,

*Adam Maskell*

Adam Maskell Pro Se
Plaintiff

Dated: 10/1/24

*[Handwritten top-left:] This Lawsuit was already resolved. Maskell v. Ross*

*[Handwritten top-right:] This is not the one it is Maskell v. Green et al.*

Adam Maskell: Pro Se
1000 South Crawford Street Apt G
Clarksville, Arkansas 72830
Phone: (870) 952-1158
Email: adammaskell380@yahoo.com

Honorable Judge Quincey Ross                                Dated January 31st, 2024

*[Handwritten left:] I LOVE YOU GUYS!*

*[Handwritten center:] Thank you so much*

Re: State of Arkansas v. Adam Maskell
Case No. 06CR-22-25-4
1983 Lawsuit/Maskell v. Ross (Injunctive Relief Recusal)
United States District Court Case No. 1:24-cv-01005

*[Handwritten:] Should have been sent to dad*

Dear Judge Ross,

I am writing to inform you're honor that I have filed a 1983 Civil Rights lawsuit against you Judge Ross in the United States District Court Western District of Arkansas, requesting injunctive relief. Specifically that the federal court order you Judge Ross to be recused from this case pursuant to 28 USC 455(a) as Defendant Adam Maskell reasonably questions the appearance of your impartiality. Maskell v. Ross United States District Court Case No. 1:24-cv-01005 was filed on January 30th, 2024.

As you are aware Judge Ross since late July of 2023 I have been asking your honor to recuse yourself because Judge Puryear acted wholly without jurisdiction and interfered with the Random Assignment of the new judge which is supposed to be done the case management system. As Judge Puryear's amended recusal order citing Administrative Order 16 as a mistake is erroneous as Judge Puryear is a lower court judge and has no authority to make amended orders to circumvent having to follow Administrative Orders from a higher court. Administrative

*[Handwritten bottom:] My email adammaskell380@yahoo.com Garbagemynl$ Go under sent file it will be a tech report →*

*That should bring you to the Signed PDF date will have to be Changed*

appear to be impartial when the Defendant is suing the judge presiding over his case. It is in the interest of justice that you Judge Ross recuse yourself from the case of Defendant Adam Maskell.

    I thank you for you're time, attention and consideration in this matter. And I pray for all the aforementioned reasons that you Judge Ross recuse yourself from the case of Defendant Adam Maskell.

Very Truly Yours,

_____
Adam Maskell Pro Se

c. David Harrod Prosecuting Attorney

Order 16 applies to all circuit courts in Arkansas therefore further evidencing Judge Puryear lacked jurisdiction to make an amended order of Recusal citing Administrative Order 16 as a mistake. Most importantly Administrative Order 16 specifically states the judge who recuses is not to be involved in the process of reassignment. Which Judge Puryear picking specifically Judicial District 10 Division 4 clearly shows Judge Puryear was directly involved with the process of reassignment. Therefore jurisdiction does not attach for you Judge Ross in this case, because the assignment of the new judge was not done in the prescribed manner outlined in administrative order 16. Furthermore you Judge Ross are seen in photos smiling with Judge Bruce Anderson to whom I recently sued in Federal Court. As per 28 USC 455(a) and based on the totality of circumstances I most certainly and reasonably question the appearance of your impartiality Judge Ross as you were assigned by a Judge who violated a higher courts order to make your honor's assignment to this case possible.

As this Court is also aware I filed a Writ of Mandamus and Writ of Prohibition with the Arkansas Supreme Court in regards to this matter and the Defendant's Writs were denied. Further evidencing that the Arkansas Supreme did not follow their own Administrative Order and also by doing so the Arkansas Supreme Court abandoned their oath to uphold the laws and constitution of this state. Because of the Supreme Courts failure to follow their oath I filed a 1983 lawsuit against all seven Arkansas Supreme Court Justices and the lawsuit was dismissed in five days by Judge Miller of the United States District Court citing Judicial Immunity as the reason for dismissing the suit. Interestingly though Judge Miller noted the Arkansas Supreme Court Justices failed to enforce their own Administrative Order. So to be clear Judge Miller cited the Supreme Court Justices did not follow Administrative Order 16 but used immunity as his

basis for dismissal. Which Judge Miller is wrong judges are not protected by immunity if the Plaintiff is suing for prospective collateral injunctive relief, judges are only immune from being sued for monetary damages.

Nevertheless as my mother growing up used to ask me are you a leader or are you a follower. Today I pose the same question to you Judge Ross are you a leader will you honor the oath you took to uphold the laws and constitution of this state, including administrative laws? Or are you a follower who will follow the other courts decision and claim immunity and abandon you're oath to uphold the laws and constitution?

In my original Recusal Motion I did not request oral argument but being no other court followed the mandates of Administrative Order 16. I wish to now reserve my right to Oral Argument and be heard on the Motion for Recusal. Now if you're Honor is willing to file an Order of Recusal prior to my February 8th, 2024 Omnibus and Pretrial Hearing I will be more then willing to ask Judge O'Hickey of the United States District Court to dismiss the 1983 lawsuit against you Judge Ross. You're honor seems like a nice guy but 28 USC 455(a) talks about reasonably questioning the appearance of a judges impartiality. And a judge who had no jurisdiction who interfered with a higher courts order to have you Judge Ross assigned, coupled with you being in pictures with Judge Bruce Anderson to whom I recently sued, most certainly makes Defendant Adam Maskell reasonably question Judge Ross the appearance of your impartiality. To be frank all of the circumstances taken together looks like you Judge Ross are getting revenge for Judge Anderson and doing the bidding of Judge Puryear who violated a higher courts order to have you assigned to this case. But now that you are being sued in federal court there is absolutely no question you must recuse from this case, as no judge can

Adam Lee Maskell
109 Goodgame Street
Camden, Ar 71701

United States District Court
500 North Stateline #302
Texarkana, Ar. 71854