IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                          PLAINTIFF

v.                                              Civil No. 1:23-cv-01048

CHIEF OF POLICE SHAUN HILDRETH                                                      DEFENDANT

## **ORDER**

Plaintiff Adam Maskell submitted this *pro se* action for filing on May 24, 2023. ECF No. 1. His application to proceed *in forma pauperis* was granted on June 5, 2023. ECF No. 4.

On June 17, 2023, the Honorable Susan O. Hickey, Chief United States District Judge, entered an order which stayed and administratively terminated this case. ECF No. 7. The order advised Plaintiff that he may file a motion to reopen this action once the "now-ongoing state court proceeding has concluded". *Id.* at p. 3.

Before the Court is Plaintiff's Motion to Reopen Case and a Corrected Motion to Reopen Case. ECF Nos. 15, 16. In the Corrected Motion, Plaintiff states, "on September 24th, 2024 I was sentenced by Judge Quincey Ross to 5 years in State prison for the Certain Persons offense. Therefore, the State court matter has officially been concluded and is ready for the Plaintiff's lawsuit to be taken to trial in the United States District Court". *Id.* at p. 2. Plaintiff also states the initial Motion to Reopen Case contained errors and should be replaced with the Corrected Motion.[1]

The Court finds Plaintiff's Corrected (ECF No. 16) Motion to reopen his case should be granted. The Court will issue a separate order directing Plaintiff to file an Amended Complaint to clarify his claims against the Defendant.

---

[1] A review of Plaintiff's criminal case 06CR-22-25 confirms he did plead guilty, has been sentenced, and the case is now closed. https://caseinfo.arcourts.gov/opad/case/06CR-22-25 (accessed October 17, 2024).

Accordingly, Plaintiff's Corrected Motion to reopen this case (ECF No. 16) is **GRANTED and the Clerk is DIRECTED TO REOPEN THE CASE AND RETURN IT TO THE COURT'S ACTIVE DOCKET.**

Plaintiff's initial Motion to Reopen Case (ECF No. 15) is now **MOOT.**

**IT IS SO ORDERED this 17th day of October 2024.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE