IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                                    PLAINTIFF

v.                                            Case No. 1:23-cv-01048

CHIEF OF POLICE
SHAUN HILDRETH,
Warren Police Department;
and OFFICER TERRANCE
MOORE, Warren Police
Department                                                                                                      DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation ("R&R") filed March 31, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). Plaintiff Adam Maskell ("Plaintiff") has objected. (ECF No. 45). The Court finds the matter ripe for consideration.

In the R&R, Judge Bryant recommends that Defendants' Motion to Stay Proceedings Pending Criminal Disposition (ECF No. 37) be granted and that the instant case be stayed and administratively terminated during the pending appeals process of Plaintiff's state criminal case. (ECF No. 42, at 5). Further, Judge Bryant recommends that Plaintiff be admonished not to reopen the instant case until his state criminal proceedings are complete in all respects. (ECF No. 42, at 5).

Plaintiff has timely objected. (ECF No. 45). However, Plaintiff's objection, in relevant part, primarily requests that the Court wait until April 24, 2025, to discover if Plaintiff was able to obtain the "certified record" in time to aid with his criminal appeal or if he "will lose his right to appeal his criminal case." (ECF No. 45, at 2). Review of Plaintiff's state criminal case shows

that Plaintiff's appeals process is still ongoing.[1] Further, on April 28, 2025, Plaintiff filed a motion with the Arkansas Supreme Court regarding his criminal case.[2]

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 42) *in toto*. Accordingly, the Court finds that Defendants' Motion to Stay Proceedings Pending Criminal Disposition (ECF No. 37) should be and hereby is **GRANTED**. The instant case is hereby **STAYED AND ADMINISTRATIVELY TERMINATED** during the pendency of Plaintiff's criminal appeal and requests for post-conviction relief. Further, Plaintiff is **admonished** to wait until his state criminal proceedings are complete in all respects before he seeks leave to reopen this case.

**IT IS SO ORDERED**, this 13th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] *See* https://caseinfonew.arcourts.gov/opad/case/06CR-22-25 (last accessed May 12, 2025).
[2] *See* https://caseinfonew.arcourts.gov/opad/case/06CR-22-25 (last accessed May 12, 2025).